CONTINENTAL LEATHER COMPANY, Respondent, *v.* LIVERPOOL, BRAZIL & RIVER PLATE STEAM NAVIGATION COMPANY, LTD., Defendant, and LAMPORT & HOLT, LTD., Appellant.

(Argued February 13, 1931; decided March 24, 1931.)

*G. Noyes Slayton* for appellant.

*Neil P. Cullom, James E. Freehill* and *Henry W. Steingarten* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.